IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HOMESTREET BANK, | ) | CV 18-00139 DKW-KJM |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| CESAR RENOL CABA; EVELYN | ) | RECOMMENDATION |
| SAHAGUN CABA; JOHN DOES 1- | ) | |
| 50; JANE DOES 1-50; DOE | ) | |
| ENTITIES 1-50 , | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 17, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff Homestreet Bank's Motion to Remand" are adopted as the opinion and order of this Court.

Plaintiff is directed to file a declaration in conformance with Local Rules 54.2 and 54.3(d) to support its request for fees and/or costs, within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: June 5, 2018 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge